■   SETH A. MARTINS an Infant, by KENT MARTINS, His Father, et al., Appellants, v KORVETTES DIVISION OF ARLEN REALTY AND DEVELOPMENT CORP. et al., Respondents.—Appeal from order of the Supreme Court, New York County, entered on May 3, 1977, unanimously dismissed as nonappealable, without costs and without disbursements. (See Tri-State Pipe Lines Corp. v Sinclair Refining Co., 26 AD2d 285.) No opinion. Concur—Birns, J. P., Lane, Markewich and Lynch, JJ.